ACCEPTED
14-17-00944-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/19/2017 11:41 AM
CHRISTOPHER PRINE
CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/19/2017 11:41:08 AM
CHRISTOPHER A. PRINE
Clerk

## NO. 2013-08718

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| | § | |
| CORNEL T. CLARK | § | 245th JUDICIAL DISTRICT |
| AND | § | |
| VIOLA PERFECTO CLARK | § | HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL

This Notice of Appeal is filed by VIOLA PERFECTO CLARK, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1.    The trial court, cause number, and style of this case are as shown in the caption above.

2.    The judgment or order appealed from was signed on April 25, 2014 but became final on August 8, 2017 when the Office of the Attorney General nonsuited its claims.

3.    VIOLA PERFECTO CLARK desires to appeal from all portions of the judgment.

4.    This appeal is being taken to either the First or Fourteenth Court of Appeals.

5.    This notice is being filed by VIOLA PERFECTO CLARK.

Respectfully submitted,

Law Office of Daniel J. Lemkuil
106 Avondale
Houston, Texas 77006
Tel: (713) 993-9100 | Fax: (713) 225-0099

/s/ Daniel J. Lemkuil

By:_____

Daniel J. Lemkuil
State Bar No. 00789448
daniel_lemkuil@flash.net
Attorney for VIOLA PERFECTO CLARK

1

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: CORNEL T. CLARK
Lead attorney: Greg Enos
Address of service: 17207 Feather Craft Lane
Webster, Texas 77598
E-mail Address: enos.service@enoslaw.com
Method of service: by electronic service
Date of service: November 3, 2017

Party: The Office of Attorney General
Lead attorney: Barry John Brooks
Address of service: PO Box 12027, MC 590
Austin, Texas 78711-2027
E-mail Address: csd-filer-590@texasattorneygeneral.gov
Method of service: by electronic service
Date of service: November 3, 2017

/s/ Daniel J. Lemkujil
Daniel J. Lemkuil
Attorney for Respondent

2